DANIEL G. BOGDEN
United States Attorney
KATHRYN C. NEWMAN
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6503
FAX: (702) 388-6418
Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER IDS: **WWW.FACEBOOK.COM/NEMIAS.MARIN; WWW.FACEBOOK.COM/CATRACHO.MC; WWW.FACEBOOK.COM/EL.PANTERA.520;** THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Magistrate No. 2:14-mj-211-NJK<br><br>**Motion to Unseal** |

The United States, by and through its undersigned counsel, hereby moves to unseal the above captioned matter.

The United States sought three, consecutive search warrants as to these Facebook accounts during an investigation of allegations of Prohibited Persons in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)X, and violations of the Migratory Bird Treaty Act, 16 U.S.C. §§ 703 and 707(a). There were two search warrants issued in this matter. The United States moved for a sealing order in each case and a non-disclosure order to Facebook to protect the investigation. At this time, the investigation has concluded. Charges have been filed against three individuals arising out of the investigation. *United States v. Acevdo-Hernandez*, 2:14-cr-242-JCM-VCF. There is no longer a

need to keep the cases sealed. Moreover, the United States may have an obligation to produce the search warrants issued in these matters. Therefore, the United States moves the Court to unseal this case.

**DATED:** this 18th day of July, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

KATHRYN C. NEWMAN
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the following case, *In the Matter of the Search of Information Associated with Facebook User IDs: www.facebook.com/nemias.marin; www.facebook.com/catracho.mc; www.facebook.com/el.patera.520; That Is Stored at Premises Controlled by Facebook, Inc.*, Magistrate No. 2:14-mj-211-NJK, is unsealed.

IT IS SO ORDERED.
DATED: July 21, 2014.

NANCY J. KOPPE
United States Magistrate Judge

2